**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 LORETTA JONES,

                                    Plaintiff,

            -against-                                                    26 **CIVIL** 1365 (GBD)

                                                                        **JUDGMENT**

FEDERAL COMMUNICATIONS
COMMISSIONS, US.,

                                    Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 22, 2026, the Court dismisses the complaint, filed IFP

under 28 U.S.C. § 1915(a) (l), under the doctrine of sovereign immunity, and, consequently, for

lack of subject matter jurisdiction, and as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i), (iii); Fed.

R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this

order would not be taken in good faith, and therefore IFP status is denied for the purpose of an

appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York.

        April 27, 2026

                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                        **BY:**
                                                _____
                                                        **Deputy Clerk**